## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:07CR00039 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **VANESSA DAWN WILLIS,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the government's Motion to Dismiss is GRANTED, and the

defendant's § 2255 motion is DENIED.  It is further **ORDERED** that based upon the

court's finding that the defendant has not made the requisite showing of denial of a

substantial right, a certificate of appealability is DENIED.

ENTER: March 27, 2011

/s/ JAMES P. JONES
United States District Judge